

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00217-CV

**FOR THE BEST INTEREST AND PROTECTION OF A.S.,** a Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0851
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

In accordance with this court's May 28, 2015 order, we suspended the appellate deadlines while the trial court conducted an abandonment hearing. On June 18, 2015, the district clerk filed a supplemental reporter's record of the hearing. Appellant's counsel filed the brief on June 22, 2015.

We REINSTATE the appellate deadlines. The State's brief is due within FIFTEEN DAYS of the date of this order. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(e); TEX. R. APP. P. 2.

After the State's brief is filed, this court will advance this appeal on the court's docket in accordance with the statutory requirements. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.070(e), 574.108.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court